# EXHIBIT 1-I

```
 1              UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                    WACO DIVISION

 3   IMPULSORA DE MARCAS E       )
     INTANGIBLES, SA DE CV,      )
 4                               )
          Plaintiff,             )
 5                               )
     VS.                         ) CIVIL ACTION NO.:
 6                               )   6:19-CV-453-ADA-JCM
     DOS AMIGOS, INC. AND        )
 7   PAFER FOOD & BEVERAGE S.    )
     DE R.L. DE C.V.,            )
 8                               )
          Defendants.            )
 9
```

***********************************************************

CERTIFICATE OF NONAPPEARANCE

PABLO PAOLI, INDIVIDUALLY AND AS CORPORATE

REPRESENTATIVE OF DEFENDANT

MARCH 5, 2021

***********************************************************



```
 1              CERTIFICATE OF NONAPPEARANCE
 2        I, Ashley Gattenby, a Certified Shorthand Reporter
 3   in and for the State of Texas, certify:
 4        That I appeared remotely via LegalView, on March 5,
 5   2021 to report the deposition of PABLO PAOLI pursuant to
 6   Notices, scheduled for 12:00 p.m., Central Standard
 7   Time.
 8        That by 12:10 p.m., Central Standard Time, PABLO
 9   PAOLI had not appeared for his deposition.
10        Present for the deposition were:
11   FOR THE PLAINTIFF:
12        Mr. Justin Cohen
          THOMPSON KNIGHT
13        1722 Routh Street, Suite 1500
          Dallas, Texas 75201
14        (214)969-1211
          justin.cohen@tklaw.com
15
     ALSO PRESENT:
16
          Luis Acevedo, Videographer
17        Elaine Kellam, Interpreter
18
19   The following was stated on the record:
20
21              MR. COHEN:  This is Justin Cohen
22   representing the plaintiff, IMI.  Today was the
23   scheduled deposition of defendant, Pafer Food &
24   Beverages, and also the personal deposition of Pablo
25   Paoli.  We discussed the deposition dates with counsel
```



1  for defendant on February 18th.  Defendants notified us
2  that Mr. Paoli was available the week of March 1st to
3  speak for Pafer.
4              On February 22nd, we served deposition
5  notices for Pafer's Rule 30(b)(6) deposition, which is
6  attached as Exhibit 60, and the Rule 30(b)(1) deposition
7  for Mr. Paoli as Exhibit 61.
8              I confirmed this deposition via e-mail on
9  February 25th, that we had planned to proceed today on
10 March 5th.  We received no response from defendants
11 regarding this date, no Motion to Quash has been filed
12 or motion for a protective order.
13             Yesterday, on March 4th, Mr. Steven
14 Lobbin informed us that defendants would not be
15 appearing.  We are here today to take the Certificate of
16 Nonappearance.  I did inform Mr. Lobbin that we intended
17 to proceed and take a nonappearance, and he and his
18 client, Pafer and Mr. Paoli have declined to appear.
19             (Proceedings concluded at 12:10 p.m.)
20
21
22
23
24
25



1    I further certify that I am neither employed by nor
2 related to any attorney or party in this matter and have
3 no interest, financial or otherwise, in its outcome.
4    Given under my hand and seal of office on this the
5 9th day of March, 2021.

6
7
8
9
10
11   _____
     Ashley Gattenby, CSR, RPR
     Texas CSR #8347
12   Expiration Date:  11/30/2021
     Lexitas - Dallas
13   Firm Registration No. 459
     325 North St. Paul, Suite 1900
14   Dallas, Texas 75201
     (214)373-4977
15
16
17
18
19
20
21
22
23
24
25



## Exhibits

**Paoli 060**  3:6
**Paoli 061**  3:7

## #

**#8347**  4:11

## 1

**11/30/2021**  4:12
**12:00**  2:6
**12:10**  2:8 3:19
**1500**  2:13
**1722**  2:13
**18th**  3:1
**1900**  4:13
**1st**  3:2

## 2

**2021**  1:17 2:5 4:5
**214 373-4977**  4:14
**214 969-1211**  2:14
**22nd**  3:4
**25th**  3:9

## 3

**30(b)(1)**  3:6
**30(b)(6)**  3:5

## 4

**459**  4:13
**4th**  3:13

## 5

**5**  1:17 2:4
**5th**  3:10

## 6

**60**  3:6
**61**  3:7
**6:19-CV-453-ADA-JCM**  1:6

## 7

**75201**  2:13 4:14

## 9

**9th**  4:5

## A

**Acevedo**  2:16
**ACTION**  1:5
**AMIGOS**  1:6
**appeared**  2:4,9
**appearing**  3:15
**Ashley**  2:2 4:11
**attached**  3:6
**attorney**  4:2

## B

**BEVERAGE**  1:7
**Beverages**  2:24

## C

**C.V.**  1:7
**Central**  2:6,8
**Certificate**  1:14 2:1 3:15
**Certified**  2:2
**certify**  2:3 4:1
**CIVIL**  1:5
**client**  3:18
**Cohen**  2:12,21
**concluded**  3:19
**confirmed**  3:8
**CORPORATE**  1:15
**counsel**  2:25
**COURT**  1:1
**CSR**  4:11
**CV**  1:3

## D

**Dallas**  2:13 4:12,14
**date**  3:11 4:12
**dates**  2:25
**day**  4:5
**DE**  1:3,7
**declined**  3:18
**defendant**  1:16 2:23 3:1
**defendants**  1:8 3:1,10,14
**deposition**  2:5,9,10,23,24,25 3:4,5,6,8
**discussed**  2:25
**DISTRICT**  1:1
**DIVISION**  1:2
**DOS**  1:6

## E

**e-mail**  3:8



**Elaine** 2:17
**employed** 4:1
**Exhibit** 3:6,7
**Expiration** 4:12

### F

**February** 3:1,4,9
**filed** 3:11
**financial** 4:3
**Firm** 4:13
**Food** 1:7 2:23

### G

**Gattenby** 2:2 4:11

### H

**hand** 4:4

### I

**IMI** 2:22
**IMPULSORA** 1:3
**INDIVIDUALLY** 1:15
**inform** 3:16
**informed** 3:14
**INTANGIBLES** 1:3
**intended** 3:16
**interest** 4:3
**Interpreter** 2:17

### J

**Justin** 2:12,21
**justin.cohen@tklaw.com** 2:14

### K

**Kellam** 2:17
**KNIGHT** 2:12

### L

**Legalview** 2:4
**Lexitas** 4:12
**Lobbin** 3:14,16
**Luis** 2:16

### M

**MARCAS** 1:3
**March** 1:17 2:4 3:2,10,13 4:5
**matter** 4:2
**motion** 3:11,12

### N

**nonappearance** 1:14 2:1 3:16,17
**North** 4:13
**notices** 2:6 3:5
**notified** 3:1

### O

**office** 4:4
**order** 3:12
**outcome** 4:3

### P

**p.m.** 2:6,8 3:19
**Pablo** 1:15 2:5,8,24
**Pafer** 1:7 2:23 3:3,18
**Pafer's** 3:5
**Paoli** 1:15 2:5,9,25 3:2,7,18
**party** 4:2
**Paul** 4:13
**personal** 2:24
**plaintiff** 1:4 2:11,22
**planned** 3:9
**Present** 2:10,15
**proceed** 3:9,17
**proceedings** 3:19
**protective** 3:12
**pursuant** 2:5

### Q

**Quash** 3:11

### R

**R.L.** 1:7
**received** 3:10
**record** 2:19
**Registration** 4:13
**related** 4:2
**remotely** 2:4
**report** 2:5
**Reporter** 2:2
**REPRESENTATIVE** 1:16
**representing** 2:22
**response** 3:10
**Routh** 2:13
**RPR** 4:11
**Rule** 3:5,6



## S

**SA** 1:3
**scheduled** 2:6,23
**seal** 4:4
**served** 3:4
**Shorthand** 2:2
**speak** 3:3
**St** 4:13
**Standard** 2:6,8
**State** 2:3
**stated** 2:19
**STATES** 1:1
**Steven** 3:13
**Street** 2:13
**Suite** 2:13 4:13

## T

**Texas** 1:1 2:3,13 4:11,14
**THOMPSON** 2:12
**Time** 2:7,8
**today** 2:22 3:9,15

## U

**UNITED** 1:1

## W

**WACO** 1:2
**week** 3:2
**WESTERN** 1:1

## Y

**Yesterday** 3:13

